SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com



# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ELIZABETH KHALED, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>LIBRARY SYSTEMS & SERVICES, LLC, a Maryland limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendant(s)*. | Case No.: 5:19-CV-01478-JGB-KK<br><br>**[PROPOSED] PROTECTIVE ORDER PURSUANT TO STIPULATION**<br><br>Hon. Kenly Kiya Kato<br>U.S. District Judge<br>Courtroom 3 or 4 |

1

*Khaled vs. Library Systems & Services, LLC*                    Stipulated Protective Order

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

Having reviewed and considered the terms of the parties' Stipulated Protective Order, the Court finds good cause to adopt the parties' Stipulation as the Court's Protective Order in this action governing the disclosure and use of confidential information in this matter, according to the terms agreed to by the parties in that Stipulation to Protective Order.

Therefore, good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/5/19

HON. KENLY KIYA KATO
United States Magistrate Judge

2

*Khaled vs. Library Systems & Services, LLC*  Stipulated Protective Order