DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
GREGORY B. WILBUR (SBN 323019)
    greg@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Suite 203
Encino, CA 91436
Telephone:  (213) 725-9094
Facsimile:   (213) 634-2385

Attorneys for Plaintiff,
ELIZABETH KHALED, and all others similarly situated
(additional attorney on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH KHALED, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>LIBRARY SYSTEMS AND SERVICES, LLC, a Maryland limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No. 5:19-cv-01478-JGB-KK<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action filed: June 4, 2019<br>Hearing Date: November 15, 2021<br>Hearing Time: 9:00 a.m.<br>Hearing Court: 1, Hon. Jesus G. Bernal<br><br>***Submitted Herewith Under Separate Cover***<br><br>1. Memorandum of Points and Authorities;<br>2. Declaration of David Spivak;<br>3. Declaration of Jeremy Talavera;<br>4. [Proposed] Order. |

i

*Khaled v. Library Systems and Services, LLC*    Notice of Motion and Plaintiff's Motion for Final Approval of Class Action Settlement

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2385 Fax
SpivakLaw.com

**ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
　　whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
4276 Katella Ave., #301
Los Alamitos, CA 90720
Telephone:　(562) 256-1047
Facsimile:　 (562) 256-1006

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2385 Fax
SpivakLaw.com

1

*Khaled v. Library Systems and Services, LLC*　　Notice of Motion and Motion for Preliminary Approval of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 15, 2021 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the above-entitled court, located at 3470 Twelfth Street, Riverside, CA 92501, Plaintiff Elizabeth Khaled ("Plaintiff") will and hereby does move this Court for an order: will and hereby does move this Court for an order: (1) finally approving the joint Stipulation of Class Settlement and Release Between Plaintiff and Defendants ("Settlement") agreed to by Plaintiff and Defendants Library Systems and Services, LLC ("Defendant") (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as class representative; and (5) granting final approval to an allocation of $10,000.00 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Payment"), of which $7,500.00 will be paid to the Labor and Workforce Development agency ("LWDA") and $2,500.00 of which will be included within the Net Settlement Amount to be made available for distribution to Settlement Class Members; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

The "Settlement Class" consists of all persons employed by Defendants in California as non-exempt employees at any time during the Settlement Class Period. The "Settlement Class Period" is from June 4, 2015 through May 14, 2021.

This Motion is made on the following grounds that: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and his counsel are adequate to represent the



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2385 Fax
SpivakLaw.com

2

*Khaled v. Library Systems and Services, LLC*  Notice of Motion and Motion for Preliminary Approval of Class Action Settlement

1 Class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the
2 Settlement reflects a fair, adequate, and reasonable compromise of all disputed
3 claims in view of Defendants' potential liability exposure as compared against the
4 risks of continued litigation; (4) the notice process performed by the Claims
5 Administrator comports with all relevant due process requirements and Rule
6 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final
7 Approval Order and Final Judgment submitted herewith should be entered.

        The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and the Declarations of David Spivak and Jeremy Talavera, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

        Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: October 18, 2021        By /s/David Spivak_____
                                DAVID SPIVAK
                                GREGORY B. WILBUR
                                Attorneys for Plaintiff, ELIZABETH
                                KHALED, and all others similarly situated


SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2385 Fax
SpivakLaw.com

3

Khaled v. Library Systems and Services, LLC    Notice of Motion and Motion for Preliminary Approval of Class Action Settlement